# EXHIBIT A

# ACTUM

Actum, s.r.o., Hvězdova 1734/2c, Praha 4

INVOICE No. **2017F0453**

| Supplier: | | Client: | |
|---|---|---|---|
| **Actum, s.r.o.** | | **CENVEO CORPORATION** | |
| zapsána v obchodním rejstříku vedeném Městským soudem v Praze, oddíl C, vložka 48835. | | Peter Hasslund | |
| Hvězdova 1734/2c | | 200 First Stamford Place | |
| 140 00 Praha 4 | | Stamford CT 06902 | |
| Czech Republic | | United States of America | |
| Company ID 25090607      Tax ID CZ25090607 | | Company ID .      Tax ID 84-1250534 | |

| | | | |
|---|---|---|---|
| Reference no.: | 20170453 | | |
| Issue date: | 10/11/2017 | Bank account: | 2114192249/2700 |
| Date of supply: | 10/11/2017 | Bank: | UniCredit Bank USD |
| Due date: | 09/01/2018 | IBAN: | CZ6227000000002114192249 |
| Payment conditions: | Bank remittance | SWIFT: | BACXCZPP |
| Order: | | Assembled by: | Alena Moslerová |
| Job number: | 04164 | | |
| Brand: | Cenveo      Cenveo | Job Account manager: | Alena Moslerová |
| Comments: | | | |

We invoice you for:
Kadena 2.0 Cycle 3 - Development (October 30th, 2017 - November 10th, 2017)
Total amount: 38 822,40 USD
Rate: 1 USD = 21,937 CZK

| Item | Total USD | VAT | incl. VAT Total USD |
|---|---|---|---|
| Kadena 2.0 Cycle 3 - Development, Deployment to Prod - Week 5, Week 6 | 38,822.40 | 0 | 38,822.40 |

| VAT recapitulation | VAT rate | VAT base | VAT amount |
|---|---|---|---|
| VAT rate 0% | 0 % | 851 646,99  CZK | 0,00  CZK |
| Total | | 851 646,99  CZK | 0,00  CZK |

| | | | |
|---|---|---|---|
| Total inc. VAT | | 851 646,99  CZK | 38 822,40  USD |
| **To be paid** | | **851 646,99  CZK** | **38 822,40  USD** |

Thank you for payment in term of payment.



Actum , s.r.o.
Hvězdova 1734/2c
140 00 Praha 4
Czech Republic
IČO: 250 90 607
DIČ: CZ 250 90 607

Supplier signature

# ACTUM

Actum, s.r.o., Hvězdova 1734/2c, Praha 4

INVOICE No. **2017F0470**

**Supplier:**

**Actum, s.r.o.**
zapsána v obchodním rejstříku vedeném Městským soudem v
Praze, oddíl C, vložka 48835.
Hvězdova 1734/2c

140 00 Praha 4
Czech Republic
Company ID 25090607          Tax ID CZ25090607

**Client:**

**CENVEO CORPORATION**
**Peter Hasslund**

200 First Stamford Place
Stamford CT 06902
United States of America
Company ID :          Tax ID 84-1250534

| | |
|---|---|
| Reference no : | 20170470 |
| Issue date: | 24/11/2017 |
| Date of supply: | 24/11/2017 |
| Due date: | 23/01/2018 |
| Payment conditions: | Bank remittance |
| Order: | |
| Job number: | 04164 |
| Brand: | Cenveo          Cenveo |
| Comments: | |

| | |
|---|---|
| Bank account: | 2114192249/2700 |
| Bank: | UniCredit Bank USD |
| IBAN: | CZ6227000000002114192249 |
| SWIFT: | BACXCZPP |
| Assembled by: | Alena Moslerová |
| Job Account manager: | Alena Moslerová |

We invoice you for:
Kadena 2.0 Cycle 3 - Development (November 13th, 2017 - November 24th, 2017)
Total amount 36 273,15 USD
Rate: 1 USD = 21,937 CZK

| Item | Total USD | VAT | incl. VAT Total USD |
|---|---|---|---|
| Kadena 2.0 Cycle 3 - Development, Deployment to Prod - Week 7, Week 8 | 36,273.15 | 0 | 36,273.15 |

| VAT recapitulation | VAT rate | VAT base | | VAT amount | |
|---|---|---|---|---|---|
| VAT rate 0% | 0 % | 795 724,10 | CZK | 0,00 | CZK |
| Total | | 795 724,10 | CZK | 0,00 | CZK |

| | | | | |
|---|---|---|---|---|
| Total inc. VAT | | 795 724,10 | CZK | 36 273,15 | USD |
| **To be paid** . | | **795 724,10** | **CZK** | **36 273,15** | **USD** |

Thank you for payment in term of payment.



Actum , s.r.o.
Hvězdova 1734/2c
140 00 Praha 4
Czech Republic
IČO: 250 90 607
DIČ: CZ 250 90 607

Supplier signature

# ACTUM

Actum, s.r.o., Hvězdova 1734/2c, Praha 4

INVOICE No. **2017F0488**

**Supplier:**
**Actum, s.r.o.**
zapsána v obchodním rejstříku vedeném Městským soudem v
Praze, oddíl C, vložka 48835.
Hvězdova 1734/2c
140 00 Praha 4
Czech Republic
Company ID 25090607        Tax ID CZ25090607

**Client:**
**CENVEO CORPORATION**
Peter Hasslund

200 First Stamford Place
Stamford CT 06902
United States of America
Company ID :        Tax ID 84-1250534

| | |
|---|---|
| Reference no.: | 20170488 |
| Issue date: | 08/12/2017 |
| Date of supply: | 08/12/2017 |
| Due date: | 06/02/2018 |
| Payment conditions: | Bank remittance |
| Order: | |
| Job number: | 04164 |
| Brand: | Cenveo        Cenveo |
| Comments: | |

| | |
|---|---|
| Bank account: | 2114192249/2700 |
| Bank: | UniCredit Bank USD |
| IBAN: | CZ6227000000002114192249 |
| SWIFT: | BACXCZPP |
| Assembled by: | Alena Moslerová |
| Job Account manager: | Alena Moslerová |

We invoice you for:
Kadena 2.0 Cycle 3 - Development (November 27th, 2017 - December 8th, 2017
Total amount: 40 719,15 USD
Rate: 1 USD = 21,937 CZK

| Item | | VAT | incl. VAT |
|---|---|---|---|
| | Total USD | Total USD | Total USD |
| Kadena 2.0 Cycle 3 - Development - Week 9, Week 10 | 40 719,15 | 0 | 40 719,15 |

| VAT recapitulation | VAT rate | VAT base | VAT amount | |
|---|---|---|---|---|
| VAT rate 0% | 0 % | 893 256,00 CZK | 0,00 | CZK |
| Total | | 893 256,00 CZK | 0,00 | CZK |

| | | | | |
|---|---|---|---|---|
| Total inc. VAT | | 893 256,00 | CZK | 40 719,15 USD |
| **To be paid** | | **893 256,00** | **CZK** | **40 719,15 USD** |

Thank you for payment in term of payment.



Actum , s.r.o.
Hvězdova 1734/2c
140 00 Praha 4
Czech Republic
IČO: 250 90 607
DIČ: CZ 250 90 607

Supplier signature



Actum, s.r.o., Hvĕzdova 1734/2c, Praha 4

INVOICE No. **2017F0530**

| Supplier: | | Client: | |
|---|---|---|---|
| **Actum, s.r.o.** | | **CENVEO CORPORATION** | |
| zapsána v obchodním rejstříku vedeném Městským soudem v Praze, oddíl C, vložka 48835. | | | |
| Hvĕzdova 1734/2c | | 200 First Stamford Place | |
| 140 00 Praha 4 | | Stamford CT 06902 | |
| Czech Republic | | United States of America | |
| Company ID 25090607 | Tax ID CZ25090607 | Company ID . | Tax ID Tax ID 84-1250534 |

| Reference no.: | 20170530 | | Bank account: | 2114192249/2700 |
|---|---|---|---|---|
| Issue date: | 02/01/2018 | | Bank: | UniCredit Bank USD |
| Date of supply: | 22/12/2017 | | IBAN: | CZ6227000000002114192249 |
| Due date: | 03/03/2018 | | SWIFT: | BACXCZPP |
| Payment conditions: | Bank remittance | | Assembled by: | Matej Pilát |
| Order: | | | | |
| Job number: | 04164 | | Job Account manager: | Alena Mosierová |
| Brand: | Cenveo | Cenveo | | |
| Comments: | | | | |

We invoice you for:
Kadena 2.0 Cycle 3

Rate: 1 USD = 21,937 CZK

| Number | Item | Price USD | excl. VAT Total USD | VAT % | incl. VAT Total USD |
|---|---|---|---|---|---|
| 04164/21118 | QA Specialist | 54,00 | 4 104,00 | 0 | 4 104,00 |
| 04164/21119 | Discount -10% | -4 334,50 | -4 334,50 | 0 | -4 334,50 |
| 04164/21120 | .NET Developer | 79,00 | 9 598,50 | 0 | 9 598,50 |
| 04164/21121 | Agile Project Manager | 74,00 | 5 920,00 | 0 | 5 920,00 |
| 04164/21122 | Solutions Architect | 87,00 | 2 001,00 | 0 | 2 001,00 |
| 04164/21123 | Full-Stack Developer | 79,00 | 3 278,50 | 0 | 3 278,50 |
| 04164/21124 | .NET Developer Kentico | 74,00 | 15 059,00 | 0 | 15 059,00 |
| 04164/21645 | Agile Program Manager | 94,00 | 3 384,00 | 0 | 3 384,00 |
| Total (USD) | | | 39 010,50 | | 39 010,50 |

| VAT recapitulation | VAT rate | VAT base | VAT amount |
|---|---|---|---|
| VAT rate 0% | 0 % | 855 773,33  CZK | 0,00  CZK |
| Total | | 855 773,33  CZK | 0,00  CZK |

| | | | |
|---|---|---|---|
| Total inc. VAT | | 855 773,33    CZK | 39 010,50    USD |
| To be paid . | | **855 773,33    CZK** | **39 010,50    USD** |

Thank you for payment in term of payment.



# ACTUM

Actum, s.r.o., Hvězdova 1734/2c, Praha 4

INVOICE No. **2018F0003**

| Supplier: | | Client: | |
|---|---|---|---|
| **Actum, s.r.o.** | | **CENVEO CORPORATION** | |
| zapsána v obchodním rejstříku vedeném Městským soudem v Praze, oddíl C, vložka 48835. | | | |
| Hvězdova 1734/2c | | 200 First Stamford Place | |
| 140 00 Praha 4 | | Stamford CT 06902 | |
| Czech Republic | | United States of America | |
| Company ID 25090607 | Tax ID CZ25090607 | Company ID : | Tax ID 84-1250534 |

| | | | |
|---|---|---|---|
| Reference no.: | 20180003 | | |
| Issue date: | 15/01/2018 | Bank account: | 2114192249/2700 |
| Date of supply: | 15/01/2018 | Bank: | UniCredit Bank USD |
| Due date: | 16/03/2018 | IBAN: | CZ6227000000002114192249 |
| Payment conditions: | Bank remittance | SWIFT: | BACXCZPP |
| Order: | | Assembled by: | Matej Pilát |
| Job number: | 04268 | Job Account manager: | Matej Pilát |
| Brand: | Cenveo        Cenveo | | |
| Comments: | | | |

We invoice you for:
core team Kadena 2.0 SoW 4.5, week 1&2 of January, 2018
Total 33 448,50USD

Rate: 1 USD = 21,291 CZK

| Item | | VAT Total USD | incl. VAT Total USD |
|---|---|---|---|
| Agile Project Manager, .NET Developer, .NET Developer (sr), Kentico team lead, Kentico developer mid, Kentico developer hybrid, Full-Stack Developer (Lead), Kentico Developer, Agile Program Manager, Senior QA Specialist, Discount 10%, Solutions Architect | 33 448,50 | 0 | 33 448,50 |

| VAT recapitulation | VAT rate | VAT base | VAT amount |
|---|---|---|---|
| VAT rate 0% | 0 % | 712 152,03   CZK | 0,00   CZK |
| Total | | 712 152,03   CZK | 0,00   CZK |

| | | | | |
|---|---|---|---|---|
| Total inc. VAT | | 712 152,03   CZK | 33 448,50   USD |
| To be paid | | **712 152,03   CZK** | **33 448,50   USD** |

Thank you for payment in term of payment.



Actum , s.r.o.
Hvězdova 1734/2c
140 00 Praha 4
Czech Republic
IČO: 250 90 607
DIČ: CZ 250 90 607

Supplier signature



Actum, s.r.o., Hvězdova 1734/2c, Praha 4

INVOICE No. **2018F0012**

| Supplier: | Client: |
|---|---|
| **Actum, s.r.o.** | **CENVEO CORPORATION** |
| zapsána v obchodním rejstříku vedeném Městským soudem v Praze, oddíl C, vložka 48835. | |
| Hvězdova 1734/2c | 200 First Stamford Place |
| | Stamford CT 06902 |
| 140 00 Praha 4 | United States of America |
| Czech Republic | |
| Company ID 25090607      Tax ID CZ25090607 | Company ID .      Tax ID 84-1250534 |

| Reference no.: | 20180012 | | |
|---|---|---|---|
| Issue date: | 31/01/2018 | Bank account: | 2114192249/2700 |
| Date of supply: | 31/01/2018 | Bank: | UniCredit Bank USD |
| Due date: | 01/04/2018 | IBAN: | CZ6227000000002114192249 |
| Payment conditions: | Bank remittance | SWIFT: | BACXCZPP |
| Order: | | Assembled by: | Matej Pilát |
| Job number: | 04268 | | |
| Brand: | Cenveo       Cenveo | Job Account manager: | Matej Pilát |
| Comments: | | | |

We invoice you for:
Core team Kadena 2.0 SoW 4.5, week 3&4 of January, 2018
Total 40 931,55 USD
Rate: 1 USD = 21,291 CZK

| | | | excl. VAT | VAT | incl. VAT |
|---|---|---|---|---|---|
| Number | Item | Price USD | Total USD | % | Total USD |
| 04268/21860 | Agile Project Manager | 74,00 | 4 921,00 | 0 | 4 921,00 |
| 04268/21861 | .NET Developer | 79,00 | 5 964,50 | 0 | 5 964,50 |
| 04268/21862 | .NET Developer (sr) | 79,00 | 6 320,00 | 0 | 6 320,00 |
| 04268/21863 | Kentico team lead | 94,00 | 0,00 | 0 | 0,00 |
| 04268/21864 | Kentico developer mid | 74,00 | 5 624,00 | 0 | 5 624,00 |
| 04268/21865 | Kentico developer hybrid | 74,00 | 5 513,00 | 0 | 5 513,00 |
| 04268/21866 | Full-Stack Developer (Lead) | 79,00 | 1 501,00 | 0 | 1 501,00 |
| 04268/21867 | Kentico Developer | 74,00 | 3 922,00 | 0 | 3 922,00 |
| 04268/21868 | Agile Program Manager | 94,00 | 6 110,00 | 0 | 6 110,00 |
| 04268/21869 | Senior QA Specialist | 54,00 | 4 212,00 | 0 | 4 212,00 |
| 04268/21870 | Discount 10% | -4 547,95 | -4 547,95 | 0 | -4 547,95 |
| 04268/21871 | Solutions Architect | 87,00 | 1 392,00 | 0 | 1 392,00 |
| Total (USD) | | | 40 931,55 | | 40 931,55 |

| VAT recapitulation | | VAT rate | VAT base | VAT amount | |
|---|---|---|---|---|---|
| VAT rate 0% | | 0 % | 871 473,62 CZK | 0,00 CZK | |
| Total | | | 871 473,62 CZK | 0,00 CZK | |

| | | | | | |
|---|---|---|---|---|---|
| Total inc. VAT | | | 871 473,62 | CZK | 40 931,55 USD |
| To be paid . | | | **871 473,62** CZK | | **40 931,55** USD |

Thank you for payment in term of payment.



Actum , s.r.o.
Hvězdova 1734/2c
140 00 Praha 4
Czech Republic
IČO: 250 90 607
DIČ: CZ 250 90 607

Supplier signature