## **EXHIBIT B**

| Invoice Number | Amount | Period Covered |
| --- | --- | --- |
| 2017F0453 | $ 38,822.40 | October 30 – November 10, 2017 |
| 2017F0470 | 36,273.15 | November 13 – November 24, 2017 |
| 2017F0488 | 40,719.15 | November 27-December 8, 2017 |
| 2017F0530 | 39,010.50 | December 11 – December 22, 2017 |
| 2018F0003 | 33,448.50 | January 2 – January 12, 2018 |
| 2018F0012 | 40,931.55 | January 15 – January 26, 2018 |
| **TOTAL** | **$229,205.25** | |

#58802147_v2