**Objection Deadline: August 14, 2018 @ 12:00 p.m. (ET)**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
In re:                                  )
                                        )   Chapter 11
**CENVEO, INC.,** *et al.*,[1]          )
                                        )
                                        )   **Case No. 18-22178 (RDD)**
                                        )   (Jointly Administered)
                    Debtors.            )
_____)

### FIFTH MONTHLY FEE STATEMENT OF FTI CONSULTING FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2018 THROUGH JUNE 30, 2018

| | | |
|---|---|---|
| **Name of Applicant:** | **FTI CONSULTING, INC.** | |
| **Applicant's Role in Case** | **Financial advisor to the Official Committee of Unsecured Creditors** | |
| **Date Order of Employment Signed:** | **April 13, 2018 [Docket No. 292], Nunc Pro Tunc to February 14, 2018** | |
| **Time period covered by this statement:** | **Beginning Period** | **End of Period** |
| | **June 1, 2018** | **June 30, 2018** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | **$101,993.60 (80% of $127,492.00)** | |
| **Total expenses requested in this statement:** | **$1,522.62** | |
| **Total fees and expenses in this statement:** | **$103,516.22** | |
| **This is a(n):  __X__ Monthly Application  ____ Interim Application  ____Final Application** | | |

---

[1] The last four digits of Cenveo, Inc.'s tax identification number are 0533. Due to the large number of debtor entities in these chapter 11 cases, which cases are being jointly administered for procedural purposes, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of Cenveo's proposed claims and noticing agent at https://cases.primeclerk.com/cenveo.

The statement (the "**Fee Statement**") of FTI Consulting, Inc. ("**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Cenveo, Inc. (the **"Committee"**) in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Granting Related Relief*, entered on March 8, 2018, (the **"Order"**), does respectfully represent and allege as follows:

1.    The fees and expenses for the period from June 1, 2018 through and including June 30, 2018 (the "**Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $127,492.00 |
| Expenses | 1,522.62 |
| **TOTAL** | **$129,014.62** |

2.    As stated in the FTI Retention Application, which was so ordered on April 13, 2018 (docket #292), FTI has agreed to seek compensation on an hourly fee basis plus reimbursement of actual and necessary expenses.

3.    In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses.  These amounts are presented below.

| | |
|---|---|
| Professional Fees at 80% | $101,993.60 |
| Expenses at 100% | 1,522.62 |
| **TOTAL** | **$103,516.22** |

4.    The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as Exhibit "A."

5.      A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period are set forth on the schedule annexed hereto as Exhibit "B."

6.      A detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as Exhibit "C."

7.      A summary of expenses incurred during the Fee Period is set forth in the schedule annexed hereto as Exhibit "D."

8.      A detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as Exhibit "E."

9.      Disbursements, as they are recorded in FTI's computer records, are billed to each client as applicable. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

Dated:  New York, New York
        July 30, 2018

FTI CONSULTING, INC.
Financial Advisors to the Official Committee of
Unsecured Creditors of Cenveo, Inc

By:     /s/ *Conor Tully*
        Conor P. Tully
        Senior Managing Director
        Three Times Square
        New York, New York 10036
        (212) 841-9335

**EXHIBIT A**
**CENVEO, INC. - CASE NO. 18-22178**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Greenblatt, Matthew | Sr Managing Dir | $910 | 2.8 | $2,548.00 |
| Joffe, Steven | Sr Managing Dir | 1,075 | 16.4 | 17,630.00 |
| Nicholls, Christopher | Sr Managing Dir | 1,020 | 8.7 | 8,874.00 |
| Star, Samuel | Sr Managing Dir | 1,075 | 19.0 | 20,425.00 |
| Steinberg, Darryl | Sr Managing Dir | 1,075 | 2.0 | 2,150.00 |
| Tully, Conor | Sr Managing Dir | 1,020 | 18.1 | 18,462.00 |
| Gaines, Timothy | Sr Consultant | 620 | 25.9 | 16,058.00 |
| Peloquin, Ryan | Sr Consultant | 405 | 0.8 | 324.00 |
| Hellmund-Mora, Marili | Project Asst | 270 | 11.0 | 2,970.00 |
| Cheng, Homing | Managing Dir | 855 | 34.4 | 29,412.00 |
| DeFriest, John | Consultant | 390 | 27.1 | 10,569.00 |
| **SUBTOTAL** | | | **166.2** | **$129,422.00** |
| | Less: 50% discount for non-working travel time | | | (1,930.00) |
| **GRAND TOTAL** | | | **166.2** | **$127,492.00** |

**EXHIBIT B**

**CENVEO, INC. - CASE NO. 18-22178**

**SUMMARY OF HOURS BY TASK**

**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 6.7 | $4,154.00 |
| 2 | Cash & Liquidity Analysis | 4.5 | 2,729.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 4.1 | 2,805.00 |
| 4 | Trade Vendor Issues | 2.5 | 975.00 |
| 5 | Real Estate Issues | 0.3 | 256.50 |
| 7 | Analysis of Business Plan | 20.1 | 12,706.00 |
| 8 | Valuation and Related Matters | 8.4 | 5,913.00 |
| 9 | Analysis of Employee Compensation Programs | 9.2 | 5,613.50 |
| 10 | Analysis of Tax Issues | 27.2 | 25,715.50 |
| 11 | Prepare for and Attendance at Court Hearings | 4.1 | 3,984.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.4 | 1,239.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 9.2 | 5,790.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 29.0 | 27,675.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 5.6 | 4,829.50 |
| 19 | Case Management | 2.8 | 2,812.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 1.1 | 1,122.00 |
| 21 | General Meetings with Committee & Committee Counsel | 9.6 | 9,423.50 |
| 24 | Preparation of Fee Application | 16.4 | 7,818.00 |
| 25 | Travel Time | 4.0 | 3,860.00 |
| | **SUBTOTAL** | **166.2** | **$129,422.00** |
| | Less: 50% discount for non-working travel time | | (1,930.00) |
| | **GRAND TOTAL** | **166.2** | **$127,492.00** |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/11/2018 | Gaines, Timothy | 1.9 | Participate on call with the Debtors professionals re: operational updates subsequent to settlement. |
| 1 | 6/15/2018 | Gaines, Timothy | 1.4 | Evaluate Debtors' monthly operating report. |
| 1 | 6/18/2018 | Gaines, Timothy | 0.5 | Participate on weekly call with Zolfo Cooper re: financial update. |
| 1 | 6/20/2018 | Gaines, Timothy | 2.9 | Generate analysis re: May Monthly operating report. |
| **1 Total** | | | **6.7** | |
| 2 | 6/5/2018 | Cheng, Homing | 0.3 | Review weekly cash flow budget. |
| 2 | 6/5/2018 | Cheng, Homing | 0.3 | Review weekly cash flow variance and covenant report. |
| 2 | 6/11/2018 | Cheng, Homing | 0.2 | Review weekly cash flow variance and covenant report. |
| 2 | 6/11/2018 | DeFriest, John | 1.1 | Prepare for weekly discussion with Zolfo Cooper and Rothschild regarding cash flow variance and covenant analysis. |
| 2 | 6/15/2018 | Cheng, Homing | 0.2 | Review weekly cash flow variance and covenant report. |
| 2 | 6/15/2018 | Cheng, Homing | 0.2 | Review updated weekly cash flow forecast. |
| 2 | 6/18/2018 | Cheng, Homing | 0.1 | Call with Debtors' advisors re: weekly cash flow forecast and covenant report. |
| 2 | 6/18/2018 | DeFriest, John | 0.5 | Participate in weekly call with Zolfo Cooper and Rothschild regarding cash flow variance and exit financing update. |
| 2 | 6/25/2018 | Gaines, Timothy | 0.8 | Evaluate weekly variance reporting related to the ABL. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 6/25/2018 | DeFriest, John | 0.4 | Participate in weekly call with Zolfo and Rothschild regarding cash flow, liquidity, and exit financing progress. |
| 2 | 6/29/2018 | Cheng, Homing | 0.2 | Review and analyze Cenveo weekly cash flow reporting and covenants provided by Debtors. |
| 2 | 6/29/2018 | Cheng, Homing | 0.2 | Review and analyze Cenveo weekly cash flow forecast provided by Debtors. |
| **2 Total** | | | **4.5** | |
| 3 | 6/14/2018 | Tully, Conor | 0.5 | Review updates from counsel and follow up re: exit facility. |
| 3 | 6/18/2018 | Cheng, Homing | 0.2 | Call with Debtors' advisors re: status of exit financing. |
| 3 | 6/18/2018 | Cheng, Homing | 0.2 | Prepare correspondence to Lowenstein re: status of exit financing. |
| 3 | 6/18/2018 | DeFriest, John | 0.9 | Prepare summary update regarding exit financing process from Rothschild update for Committee's professionals. |
| 3 | 6/18/2018 | Tully, Conor | 0.2 | Follow up from exit financing call. |
| 3 | 6/18/2018 | Tully, Conor | 0.2 | Call with the Debtors to discuss exit financing. |
| 3 | 6/25/2018 | Gaines, Timothy | 0.6 | Participate on call with Zolfo cooper regarding the status of exit financing. |
| 3 | 6/25/2018 | DeFriest, John | 0.8 | Prepare update for Committee's professionals regarding progress in obtaining exit financing and plant closures. |
| 3 | 6/29/2018 | Tully, Conor | 0.3 | Provide update to Counsel re: financing process. |
| 3 | 6/29/2018 | Tully, Conor | 0.2 | Update call with investment banker re: financing process. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **3 Total** | | | **4.1** | |
| 4 | 6/19/2018 | DeFriest, John | 1.4 | Prepare analysis of 503(b)9 payments to vendors by type, vendor, and date. |
| 4 | 6/19/2018 | DeFriest, John | 1.1 | Incorporate updates to 503(b)9 analysis to track largest payments to vendors and terms under which payments were made. |
| **4 Total** | | | **2.5** | |
| 5 | 6/11/2018 | Cheng, Homing | 0.3 | Correspond with Lowenstein re: closure of a facility. |
| **5 Total** | | | **0.3** | |
| 7 | 6/1/2018 | Tully, Conor | 0.8 | Review capital structure and revised projections. |
| 7 | 6/1/2018 | Cheng, Homing | 0.6 | Review draft exhibit to Disclosure Statement on financial forecast provided by Zolfo. |
| 7 | 6/1/2018 | Cheng, Homing | 0.4 | Review updated draft of Cenveo's latest financial outlook ("LFO") presentation provided by Zolfo. |
| 7 | 6/1/2018 | Cheng, Homing | 0.2 | Review and edit list of questions on financial forecast and sources and uses under a POR for Debtors. |
| 7 | 6/1/2018 | DeFriest, John | 2.2 | Develop question list for discussion on Monday with Zolfo Cooper and Rothschild regarding updated business plan and free cash flow projections. |
| 7 | 6/1/2018 | DeFriest, John | 0.9 | Incorporate updates to LFO vs. CVOBP business plan and free cash flow projections slide deck for internal valuation discussion. |
| 7 | 6/1/2018 | Star, Samuel | 1.2 | Review revised cash flow, income statement and balance sheet projections and estimated sources and uses of case at emergence and list questions for follow up meeting. |
| 7 | 6/4/2018 | Cheng, Homing | 0.4 | Meet with the FTI team re: analysis of financial forecast and sources & uses. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 6/4/2018 | Cheng, Homing | 1.2 | Prepare analysis of sources & uses and claims as of petition date compared to post emergence capital structure. |
| 7 | 6/4/2018 | Cheng, Homing | 0.2 | Prepare correspondence to Lowenstein re: latest financial outlook and sources & uses. |
| 7 | 6/4/2018 | Cheng, Homing | 0.4 | Review updated draft exhibit to Disclosure Statement on financial forecast provided by Zolfo. |
| 7 | 6/4/2018 | Cheng, Homing | 0.4 | Review updated draft of Cenveo's latest financial outlook ("LFO") presentation provided by Zolfo. |
| 7 | 6/4/2018 | DeFriest, John | 1.2 | Prepare analysis of projected debt structure under the business plan and net debt leverage for committee update. |
| 7 | 6/4/2018 | DeFriest, John | 1.1 | Prepare analysis of pro forma debt structure and changes to debt structure during Chapter 11 process for committee update. |
| 7 | 6/4/2018 | DeFriest, John | 1.5 | Incorporate updated into comparable company leverage schedule for comparison to Cenveo's projected leverage. |
| 7 | 6/4/2018 | Cheng, Homing | 0.9 | Call with Debtors' advisors re: financial forecast exhibit to the Disclosure Statement. |
| 7 | 6/5/2018 | Cheng, Homing | 0.4 | Meet with the FTI team re: analysis of sources & uses and claims as of petition date compared to post emergence capital structure and leverage analysis. |
| 7 | 6/5/2018 | Cheng, Homing | 0.2 | Review and edit analysis of sources & uses and claims as of petition date compared to post emergence capital structure and leverage analysis. |
| 7 | 6/5/2018 | DeFriest, John | 1.5 | Incorporate updates to pro forma debt structure and comps leverage analysis. |
| 7 | 6/5/2018 | DeFriest, John | 1.4 | Prepare materials for the upcoming Committee call regarding changes to debt structure from Chapter 11 and projected debt capacity. |
| 7 | 6/11/2018 | DeFriest, John | 1.3 | Prepare diligence response regarding plant closure timeline. |
| 7 | 6/11/2018 | Nicholls, Christopher | 0.8 | Review financial material to assess outstanding diligence items. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 6/11/2018 | Star, Samuel | 0.1 | Review article sent by Lowenstein (K. Rosen) re: concerns on business. |
| 7 | 6/26/2018 | Nicholls, Christopher | 0.8 | Review Debtors' LFO model. |
| **7 Total** | | | **20.1** | |
| 8 | 6/1/2018 | DeFriest, John | 0.8 | Prepare question list for discussion with Zolfo Cooper and Rothschild regarding valuation exhibit. |
| 8 | 6/3/2018 | Cheng, Homing | 0.6 | Review draft exhibit to Disclosure Statement on valuation provided by K&E. |
| 8 | 6/3/2018 | Nicholls, Christopher | 0.8 | Review documents and valuation schedule. |
| 8 | 6/4/2018 | Cheng, Homing | 0.3 | Review updated draft exhibit to Disclosure Statement on valuation provided by K&E. |
| 8 | 6/4/2018 | DeFriest, John | 0.9 | Prepare comparison of original E&Y asset sale tax projections vs. updated provided in the valuation model. |
| 8 | 6/4/2018 | DeFriest, John | 1.0 | Prepare list of follow up items for Zolfo Cooper and Rothschild regarding valuation exhibits, schedules, and claims detail. |
| 8 | 6/4/2018 | DeFriest, John | 1.2 | Prepare slide deck for committee presentation to include adjustments to capital structure through Chapter 11 and comparison to comparable companies. |
| 8 | 6/4/2018 | Nicholls, Christopher | 2.5 | Analysis on financials including review of valuation in the Disclosure Statement. |
| 8 | 6/4/2018 | Cheng, Homing | 0.3 | Call with Debtors' advisors re: valuation exhibit to the Disclosure Statement. |
| **8 Total** | | | **8.4** | |
| 9 | 6/8/2018 | Cheng, Homing | 0.3 | Correspond with Lowenstein re: KEIP analysis. |

EXHIBIT C
CENVEO, INC. - CASE NO. 18-22178
DETAIL OF TIME ENTRIES
FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 6/8/2018 | DeFriest, John | 0.7 | Prepare adjusted EBITDA projections to include KEIP and other cash incentive bonuses. |
| 9 | 6/28/2018 | Gaines, Timothy | 2.9 | Analyze the Debtors KEIP supplemental materials to highlight changes from Disclosure Statement. |
| 9 | 6/30/2018 | Gaines, Timothy | 2.9 | Evaluate changes in the revised KEIP update for the benefit of the Committee. |
| 9 | 6/30/2018 | Gaines, Timothy | 2.4 | Generate analyses detailing the total KEIP opportunities for the 67 KEIP participants. |
| **9 Total** | | | **9.2** | |
| 10 | 6/1/2018 | Steinberg, Darryl | 1.0 | Review of tax implications in connection with the Disclosure Statement. |
| 10 | 6/4/2018 | Joffe, Steven | 1.1 | Review POR and Disclosure schedule as it relates to tax matters. |
| 10 | 6/4/2018 | Joffe, Steven | 0.4 | Review of revised exhibits to DS for financial projections and valuation as it realates to tax matters. |
| 10 | 6/5/2018 | Cheng, Homing | 0.1 | Call with Zolfo Cooper re: tax analysis. |
| 10 | 6/6/2018 | Cheng, Homing | 0.2 | Meet with FTI team re: Debtors tax analysis. |
| 10 | 6/6/2018 | Cheng, Homing | 0.1 | Call with Lowenstein re: Debtors tax analysis. |
| 10 | 6/6/2018 | Cheng, Homing | 0.2 | Review Debtors tax analysis. |
| 10 | 6/6/2018 | Joffe, Steven | 1.8 | Perform research regarding post and pre apportionment of 382 limitations as it relates to tax matters. |
| 10 | 6/6/2018 | Joffe, Steven | 0.4 | Participate in call with K&E regarding proposed sale structure as it relates to tax matters. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 6/7/2018 | Joffe, Steven | 1.1 | Participate in call with FTI team regarding current state of tax structure plans. |
| 10 | 6/8/2018 | Steinberg, Darryl | 1.0 | Review of Tax Implications/Section of Chapter 11 Plan Disclosure Statement. |
| 10 | 6/11/2018 | Star, Samuel | 0.1 | Discussion with Lowenstein (B. Buechler) re: confidentiality agreement for release of tax analysis supporting NOL. |
| 10 | 6/13/2018 | Joffe, Steven | 0.6 | Prepare request list for documents from E&Y and K&E as it relates to tax matters. |
| 10 | 6/13/2018 | Joffe, Steven | 2.7 | Review of data room materials as it relates to tax matters. |
| 10 | 6/13/2018 | Star, Samuel | 0.2 | Draft email to Lowenstein (B. Buechler) re: information requests on tax assumptions. |
| 10 | 6/14/2018 | Joffe, Steven | 0.6 | Discussion with Counsel regarding information needed from E&Y and K&E to assess benefits of asset sale as it relates to tax matters. |
| 10 | 6/14/2018 | Star, Samuel | 0.2 | Call with Lowenstein (B. Buechler) re: information needed to assess tax consequences of contemplated restructuring. |
| 10 | 6/14/2018 | Star, Samuel | 0.1 | Review and provide comments to Lowenstein (B. Buechler) on letter to Debtors re: information needed to assess tax consequences of contemplated restructuring. |
| 10 | 6/22/2018 | Joffe, Steven | 3.1 | Review of E&Y work papers as it relates to tax matters. |
| 10 | 6/25/2018 | Joffe, Steven | 1.9 | Review of materials provided re: asset sale as it relates to tax matters. |
| 10 | 6/25/2018 | Star, Samuel | 0.2 | Discussions with the FTI team re: tax cost under asset sale scenario by year to compare to cash flow projections. |
| 10 | 6/26/2018 | Gaines, Timothy | 1.4 | Evaluate the Debtors' LFO model in preparation for tax call with A&E. |
| 10 | 6/27/2018 | DeFriest, John | 1.4 | Participate in call with E&Y and Kirkland to discuss asset sale tax methodology and scenario comparison. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 6/27/2018 | Gaines, Timothy | 1.6 | Participate on call with K&E regarding comparison of tax savings analysis. |
| 10 | 6/27/2018 | Gaines, Timothy | 0.6 | Generate tax memo detailing the analysis prepared by A&M regarding tax savings. |
| 10 | 6/27/2018 | Joffe, Steven | 2.3 | Participate in call with E&Y and K&E regarding asset vs. restructuring plan as it relates to tax matters. |
| 10 | 6/27/2018 | Star, Samuel | 0.3 | Meet with the FTI team re: tax elections and treatment in cash flow projections. |
| 10 | 6/28/2018 | Gaines, Timothy | 1.7 | Evaluate tax issues highlighted in the analysis provided by A&M. |
| 10 | 6/29/2018 | Joffe, Steven | 0.4 | Prepare summary of call with E&Y regarding asset sale versus restructuring as it relates to tax matters. |
| 10 | 6/29/2018 | Tully, Conor | 0.4 | Review tax transaction update and overview. |
| **10 Total** | | | **27.2** | |
| 11 | 6/7/2018 | Cheng, Homing | 1.8 | Participate in Cenveo Disclosure Statement hearing. |
| 11 | 6/7/2018 | Star, Samuel | 1.8 | Attend Disclosure Statement hearing. |
| 11 | 6/26/2018 | Tully, Conor | 0.5 | Participate telephonically on court call re: interim fee application hearing. |
| **11 Total** | | | **4.1** | |
| 13 | 6/13/2018 | Star, Samuel | 0.2 | Assess Duff & Phelps retention application. |
| 13 | 6/14/2018 | Tully, Conor | 0.7 | Review update from Counsel on recent pleadings and committee recommendations re: same. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 6/27/2018 | Gaines, Timothy | 0.5 | Review the court docket and update the key dates model for Lowenstein. |
| **13 Total** | | | **1.4** | |
| 14 | 6/1/2018 | Gaines, Timothy | 2.6 | Revise the unsecured Committee claims recovery reflecting the adjustments made in the official settlement. |
| 14 | 6/8/2018 | DeFriest, John | 1.0 | Incorporate update to claims reconciliation by type and individual. |
| 14 | 6/8/2018 | DeFriest, John | 1.4 | Research prior examples of claims monitor position, responsibilities, and reserve. |
| 14 | 6/11/2018 | Cheng, Homing | 0.7 | Analysis of procedures for claims reconciliation and claims settlement procedures consistent with other bankruptcy cases. |
| 14 | 6/11/2018 | Star, Samuel | 0.1 | Review GUC monitor role and structure on other Chapter 11 cases and discuss with Lowenstein (B. Buechler). |
| 14 | 6/13/2018 | Tully, Conor | 0.6 | Review status of claims. |
| 14 | 6/15/2018 | Cheng, Homing | 0.1 | Review 503(b)(9) tracker provided by Debtors. |
| 14 | 6/15/2018 | Tully, Conor | 0.7 | Review and finalize agenda for call, review open items and next steps on claims work plan. |
| 14 | 6/21/2018 | DeFriest, John | 1.4 | Prepare analysis of expected lease rejection claims and asserted amounts under proof of claims. |
| 14 | 6/21/2018 | Tully, Conor | 0.4 | Review of rejection notice. |
| 14 | 6/29/2018 | Cheng, Homing | 0.2 | Review and analyze Cenveo 503(b)(9) tracker provided by Debtors. |
| **14 Total** | | | **9.2** | |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/1/2018 | Cheng, Homing | 1.9 | Review draft amended Plan of Reorganization ("POR"). |
| 16 | 6/1/2018 | Cheng, Homing | 2.4 | Review draft amended Disclosure Statement. |
| 16 | 6/1/2018 | Cheng, Homing | 0.6 | Review draft exhibit to Disclosure Statement on liquidation analysis provided by Zolfo. |
| 16 | 6/1/2018 | Star, Samuel | 0.1 | Review draft solicitation letter and provide comments to Lowenstein. |
| 16 | 6/1/2018 | Star, Samuel | 0.1 | Review draft motions to extend exclusivity and provide comments to Lowenstein. |
| 16 | 6/1/2018 | Star, Samuel | 1.2 | Review draft amended POR and provide comments to Lowenstein. |
| 16 | 6/1/2018 | Tully, Conor | 0.2 | Review support letter for Plan of Reorganization and Disclosure Statement. |
| 16 | 6/2/2018 | Star, Samuel | 0.7 | Review latest markup to Disclosure Statement in preparation for calls with Lowenstein, Debtors and 1st lien ad hoc group. |
| 16 | 6/2/2018 | Star, Samuel | 0.6 | Call with Lowenstein re: question on markups to the Plan of Reorganization and Disclosure Statement. |
| 16 | 6/2/2018 | Star, Samuel | 1.0 | Call with Lowenstein, Debtors, and 1st lien ad hoc group re: question on markups to the Plan of Reorganization and Disclosure Statement. |
| 16 | 6/3/2018 | Cheng, Homing | 0.5 | Call with Lowenstein re: comments to Amended Plan of Reorganization ("POR"). |
| 16 | 6/3/2018 | Cheng, Homing | 1.3 | Call with Debtors and First Lien advisors re: Amended POR. |
| 16 | 6/3/2018 | Tully, Conor | 0.5 | Call with Counsel to discuss Disclosure Statement comments. |
| 16 | 6/4/2018 | Cheng, Homing | 0.2 | Call with Lowenstein re: discussion with Debtors advisors regarding financial forecast and valuation exhibits to the Disclosure Statement. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/4/2018 | Cheng, Homing | 1.1 | Review updated Amended Plan of Reorganization. |
| 16 | 6/4/2018 | Star, Samuel | 0.3 | Call with Lowenstein re: status of comments to POR/Disclosure Statement. |
| 16 | 6/4/2018 | Tully, Conor | 0.6 | Review correspondence re: Plan and Disclosure statement. |
| 16 | 6/4/2018 | Star, Samuel | 0.7 | Participate in discussion with Zolfo and Rothchild re: changes to revised exhibits to DS for financial projections and valuation. |
| 16 | 6/4/2018 | Star, Samuel | 0.5 | Develop outline for report to UCC on reduction in debt, go forward leverage and other financial benchmark under the POR settlement. |
| 16 | 6/5/2018 | Cheng, Homing | 1.2 | Review updated Amended Disclosure Statement. |
| 16 | 6/5/2018 | Star, Samuel | 0.8 | Review and revise analysis of pre-petition vs post emergence debt structure, exit financing needs and benchmarking comparable company leverage for presentation to UCC. |
| 16 | 6/5/2018 | Star, Samuel | 0.9 | Review filed 1st amended Disclosure Statement, for latest changes and requested disclosures by other parties. |
| 16 | 6/5/2018 | Star, Samuel | 0.7 | Review filed amended 1st amended plan for latest changes. |
| 16 | 6/5/2018 | Tully, Conor | 0.9 | Review Disclosure statement, GUC economics and debt structure. |
| 16 | 6/6/2018 | Cheng, Homing | 0.6 | Review second amended Plan of Reorganization. |
| 16 | 6/6/2018 | Cheng, Homing | 0.7 | Review second amended Disclosure Statement. |
| 16 | 6/7/2018 | Cheng, Homing | 0.2 | Meet with FTI team re: deal negotiated between the second lien lenders and the Debtors and first lien lenders. |
| 16 | 6/7/2018 | Nicholls, Christopher | 0.8 | Call with FTI team to discuss Disclosure Statement hearing, diligence to be performed on Plan supplements and estimated value of NOL and related projected tax payments. |

11 of 17

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/7/2018 | Star, Samuel | 0.5 | Call with FTI team to debrief on Disclosure Statement hearing, diligence to be performed on plan supplements and estimated value of NOL and related projected tax payments. |
| 16 | 6/7/2018 | Star, Samuel | 0.5 | Discussion with Lowenstein (B. Buechler, M. Seymour) re: Brigade settlement, diligence to be performed on plan supplements and estimated value of NOL and related projected tax payments. |
| 16 | 6/7/2018 | Star, Samuel | 0.1 | Review email from Lowenstein re: Disclosure Statement hearing and Brigade settlement terms. |
| 16 | 6/7/2018 | Tully, Conor | 0.9 | Call with FTI team to discuss work plan and update from Disclosure Statement hearing. |
| 16 | 6/7/2018 | Tully, Conor | 0.6 | Review updates from Counsel re: Disclosure Statement hearing. |
| 16 | 6/11/2018 | Cheng, Homing | 0.2 | Call with Debtors' advisors re: financial forecast exhibit to the Disclosure Statement. |
| 16 | 6/11/2018 | Star, Samuel | 0.7 | Review confirmation order for 3rd amended plan and noteholder follow-up meeting. |
| 16 | 6/12/2018 | Star, Samuel | 0.2 | Call with Lowenstein (B. Buechler) re: outstanding information needed to assess pending plan supplements. |
| 16 | 6/12/2018 | Tully, Conor | 0.8 | Review correspondence with Counsel re: confirmation and claims. |
| 16 | 6/13/2018 | Gaines, Timothy | 1.2 | Participate on call with the Debtors' professionals re: forthcoming DS supplemental exhibits. |
| 16 | 6/28/2018 | Tully, Conor | 0.4 | Review Plan updates from counsel. |
| 16 | 6/29/2018 | Cheng, Homing | 1.1 | Review and analyze plan supplement exhibits. |
| 16 | 6/29/2018 | Star, Samuel | 0.4 | Review Plan supplements including, retained causes of action, senior management/BOD and KEIP and develop related work plan. |
| 16 | 6/29/2018 | Star, Samuel | 0.1 | Review latest voting results by class and discuss with Lowenstein. |

EXHIBIT C
CENVEO, INC. - CASE NO. 18-22178
DETAIL OF TIME ENTRIES
FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **16 Total** | | | **29.0** | |
| 18 | 6/1/2018 | Peloquin, Ryan | 0.8 | Review and quality check of committee investigation findings. |
| 18 | 6/1/2018 | Greenblatt, Matthew | 1.8 | Prepare report of investigation. |
| 18 | 6/6/2018 | Cheng, Homing | 0.6 | Review examiner's report. |
| 18 | 6/6/2018 | Greenblatt, Matthew | 1.0 | Review of the Examiner Report provided by Committee Counsel. |
| 18 | 6/7/2018 | Star, Samuel | 0.1 | Review examiner report on potential causes of action. |
| 18 | 6/7/2018 | Star, Samuel | 0.2 | Review draft UCC investigation report. |
| 18 | 6/7/2018 | Tully, Conor | 1.1 | Review examiner report on potential causes of action. |
| **18 Total** | | | **5.6** | |
| 19 | 6/7/2018 | Cheng, Homing | 0.4 | Meeting with FTI team re: tax analysis, claims reconciliation, plan supplement and associated upcoming workstreams. |
| 19 | 6/11/2018 | Tully, Conor | 0.5 | Review status of work plan, open items and catch up with team on same. |
| 19 | 6/15/2018 | Nicholls, Christopher | 0.8 | Review and provide comments on the agenda for Committee call re: open items and next steps on claims work. |
| 19 | 6/19/2018 | Tully, Conor | 0.3 | Follow up on workplan and billing. |
| 19 | 6/25/2018 | Star, Samuel | 0.4 | Meet with the FTI team re: status of exit financing, claims reconciliation and May operating performance. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 6/26/2018 | Tully, Conor | 0.4 | Update team and follow up on open diligence items. |
| **19 Total** | | | **2.8** | |
| 20 | 6/22/2018 | Tully, Conor | 0.5 | Prepare for call with the Debtors. |
| 20 | 6/25/2018 | Tully, Conor | 0.3 | Prepare for call with Debtors' professionals. |
| 20 | 6/25/2018 | Tully, Conor | 0.3 | Call with Debtors' professionals re: update on information requests. |
| **20 Total** | | | **1.1** | |
| 21 | 6/4/2018 | Cheng, Homing | 0.2 | Call with Committee member re: pension catch up payments and post emergence pension contribution obligations. |
| 21 | 6/4/2018 | Star, Samuel | 0.5 | Meet with Counsel re: open information requests and analysis needed for revised financial projections and valuation. |
| 21 | 6/5/2018 | Cheng, Homing | 0.9 | Prepare for upcoming Committee Call re: updates to plan and Disclosure Statement, business plan update, post emergence leverage, examiner report and next steps. |
| 21 | 6/5/2018 | Cheng, Homing | 0.3 | Participate in Pre-Committee all with Lowenstein. |
| 21 | 6/5/2018 | Cheng, Homing | 0.4 | Participate in Committee call re: changes to plan and Disclosure Statement, business plan update, post emergence leverage, examiner report and next steps. |
| 21 | 6/5/2018 | Nicholls, Christopher | 0.8 | Participate in pre-Committee call with professions to discuss updates to plan and Disclosure Statement and business plan update. |
| 21 | 6/5/2018 | Nicholls, Christopher | 0.6 | Participate in Committee call re: updated plan and Disclosure Statement, business plan update, post emergence leverage, examiner report and next steps. |
| 21 | 6/5/2018 | Star, Samuel | 0.6 | Call with UCC re: latest changes to plan and Disclosure Statement, business plan update, post emergence leverage, examiner report and next steps. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 6/5/2018 | Tully, Conor | 0.5 | Pre-call with counsel to prep for Committee call. |
| 21 | 6/5/2018 | Tully, Conor | 0.8 | Participate in Committee call re: changes to plan and Disclosure Statement, business plan update, post emergence leverage, examiner report and next steps. |
| 21 | 6/19/2018 | Cheng, Homing | 0.5 | Prepare for Committee call re: Plan supplements and exit financing. |
| 21 | 6/19/2018 | Cheng, Homing | 0.2 | Participate in Committee Pre Call with Lowenstein. |
| 21 | 6/19/2018 | Cheng, Homing | 0.3 | Participate in Committee call re: re: status of plan supplements, exit financing and pending motions. |
| 21 | 6/19/2018 | Nicholls, Christopher | 0.8 | Participate in Committee call re: status of plan supplements, exit financing and pending motions. |
| 21 | 6/19/2018 | Star, Samuel | 0.2 | Pre-call with Lowenstein (K. Rosen, B. Buechler, E. Chafetz) re: agenda for UCC call. |
| 21 | 6/19/2018 | Star, Samuel | 0.4 | Call with UCC re: status of Plan supplements, exit financing and pending motions. |
| 21 | 6/19/2018 | Tully, Conor | 0.3 | Prep call with Counsel re: committee conference call. |
| 21 | 6/19/2018 | Tully, Conor | 0.5 | Conference call with the Committee re: update on confirmation hearing. |
| 21 | 6/22/2018 | Tully, Conor | 0.3 | Review updates from Counsel re: upcoming call with the Debtors. |
| 21 | 6/25/2018 | Tully, Conor | 0.5 | Update Counsel on discussion with FA's. |
| **21 Total** | | | **9.6** | |
| 24 | 6/1/2018 | Hellmund-Mora, Marili | 0.5 | Incorporate updates to the April fee statement exhibits. |

15 of 17

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 6/1/2018 | Hellmund-Mora, Marili | 0.7 | Prepare the May fee statement. |
| 24 | 6/4/2018 | Hellmund-Mora, Marili | 0.6 | Finalize the April fee statement. |
| 24 | 6/6/2018 | Hellmund-Mora, Marili | 0.4 | Generate proforma report in connection with weekly professional fee reporting. |
| 24 | 6/12/2018 | Hellmund-Mora, Marili | 0.4 | Generate proforma report in connection with weekly professional fee reporting. |
| 24 | 6/13/2018 | Hellmund-Mora, Marili | 1.7 | Prepare the May fee statement. |
| 24 | 6/14/2018 | Hellmund-Mora, Marili | 1.1 | Incorporate updates to the May fee statement. |
| 24 | 6/15/2018 | Hellmund-Mora, Marili | 0.9 | Revise the May fee statement. |
| 24 | 6/19/2018 | Hellmund-Mora, Marili | 1.9 | Update the May fee statement. |
| 24 | 6/19/2018 | Hellmund-Mora, Marili | 0.4 | Generate proforma report in connection with weekly professional fee reporting. |
| 24 | 6/22/2018 | Hellmund-Mora, Marili | 1.0 | Incorporate updates to the May fee statement. |
| 24 | 6/24/2018 | Cheng, Homing | 3.9 | Review the May monthly fee statement. |
| 24 | 6/25/2018 | Hellmund-Mora, Marili | 0.5 | Update the May fee statement exhibits. |
| 24 | 6/26/2018 | Cheng, Homing | 0.1 | Review weekly estimate of professional fees. |
| 24 | 6/26/2018 | Tully, Conor | 1.4 | Review and finalize May Fee Statement. |

**EXHIBIT C**
**CENVEO, INC. - CASE NO. 18-22178**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 6/28/2018 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the May fee statement. |
| **24 Total** | | | **16.4** | |
| 25 | 6/7/2018 | Cheng, Homing | 1.0 | Travel time from Grand Central to White Plains District Court. |
| 25 | 6/7/2018 | Cheng, Homing | 1.0 | Travel time from White Plains District Court to 3 Times Square. |
| 25 | 6/7/2018 | Star, Samuel | 2.0 | Travel time to/for court for Disclosure Statement hearing. |
| **25 Total** | | | **4.0** | |
| **Grand Total** | | | **166.2** | |

**EXHIBIT D**

**CENVEO, INC. - CASE NO. 18-22178**

**SUMMARY OF EXPENSES**

**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Expense Type | Amount |
|---|---|
| Transportation | $55.50 |
| Working Meals | 317.21 |
| Other | 1,149.91 |
| **Total** | **$1,522.62** |

**EXHIBIT E**
**CENVEO, INC. - CASE NO. 18-22178**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 06/04/18 | Greenblatt, Matthew | Transportation | Tolls for personal vehicle for travel on April 30, 2018 to/from Cenveo's office in Stamford, CT for meetings with Cenveo Accounting and IT personnel | $9.25 |
| 06/04/18 | Greenblatt, Matthew | Transportation | Tolls for personal vehicle for travel on May 2, 2018 to/from Cenveo's office in Stamford, CT for meetings with Cenveo Accounting and IT personnel | 6.25 |
| 06/04/18 | Greenblatt, Matthew | Transportation | Tolls for personal vehicle for travel on May 9, 2018 to/from Cenveo's office in Stamford, CT for meetings with Cenveo Accounting and IT personnel | 9.25 |
| 06/04/18 | Greenblatt, Matthew | Transportation | Tolls for personal vehicle for travel on May 11, 2018 to/from Cenveo's office in Stamford, CT for meetings with Cenveo Accounting and IT personnel | 9.25 |
| 06/07/18 | Cheng, Homing | Transportation | Train fare - Coach - Grand Central - White Plains, 06/07/18 - 06/07/18. Travel from Grand Central to White Plains District Court to attend disclosure statement hearing. | 12.25 |
| 06/07/18 | Cheng, Homing | Transportation | Train fare - Coach - White Plains - Grand Central, 06/07/18 - 06/07/18. Travel from White Plains District Court to Grand Central after attending disclosure statement hearing. | 9.25 |
| | **Transportation Total** | | | **55.50** |
| 05/06/18 | Gaines, Timothy | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 17.70 |
| 05/06/18 | Gaines, Timothy | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 05/06/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 05/06/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 05/13/18 | Gaines, Timothy | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 19.51 |
| 05/13/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 05/13/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 05/13/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 05/13/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |

**EXHIBIT E**
**CENVEO, INC. - CASE NO. 18-22178**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 05/27/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 05/27/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 06/03/18 | Gaines, Timothy | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 06/03/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 06/03/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 06/10/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| 06/10/18 | DeFriest, John | Working Meals | Dinner for self while working late in the office on the Cenveo case. | 20.00 |
| | | **Working Meals Total** | | **317.21** |
| 04/11/18 | Tully, Conor | Other | Premier Due Diligence LLC DD re: Michael Gene Burton & Tiffany F. Burton. | 300.00 |
| 05/20/18 | Tully, Conor | Other | Premier Due Diligence LLC Onsite research for Mark Hiltwein. | 307.50 |
| 05/31/18 | Tully, Conor | Other | LexisNexis May 2018 for the Cenveo case. | 406.41 |
| 06/12/18 | Tully, Conor | Other | Research - New York State Unified Court System, Sarah Salzberg.  New York statewide criminal records search for Eugene Davis. | 136.00 |
| | | **Other Total** | | **1,149.91** |
| | | **Grand Total** | | **$1,522.62** |