**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENVEO, INC., *et al.*,[1] | ) | Case No. 18-22178 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF SEVENTH SUPPLEMENT TO THE PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** on June 8, 2018, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Disclosure Statement Order"), (a) authorizing Cenveo and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Third Amended Joint Chapter 11 Plan of Reorganization of Cenveo, Inc., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 474, Ex. B] (as modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Third Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Reorganization of Cenveo, Inc. et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 474, Ex. A] (the "Disclosure Statement")[3] as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** on August 21, 2018, the Bankruptcy Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Cenveo, Inc., Et Al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 685] (the "Confirmation Order").

---

[1] Due to the large number of Debtor entities in these chapter 11 cases, which cases have been jointly administered for procedural purposes, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of Cenveo's claims and noticing agent at https://cases.primeclerk.com/cenveo. The location of Cenveo's service address for purposes of these chapter 11 cases is: 777 Westchester Avenue, Suite 111, White Plains, New York 10604.

[2] On August 9, 2018, after making certain technical modifications to the Plan, the Debtors filed the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Cenveo, Inc., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 651].

[3] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan or Disclosure Statement, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Disclosure Statement Order, Plan, and Confirmation Order, the Debtors hereby file the following Plan Supplement (this "Plan Supplement") exhibit with the Court:[4]

**Exhibit A:** Fourth Amended Assumed Executory Contracts/Unexpired Lease Schedule

**Exhibit B:** Fourth Amended Rejected Executory Contracts and Unexpired Leases Schedule

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to any rejection of an Executory Contract or Unexpired Lease or any assumption of an Executory Contract or Unexpired Lease identified in this Plan Supplement is **November 20, 2018, at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline"). Any objection **must**: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Bankruptcy Court; (c) state, with particularity, the basis and nature of any objection and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Bankruptcy Court (contemporaneously with a proof of service) and served upon the applicable parties so as to be **actually received** on or before **November 20, 2018, at 4:00 p.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE THAT** any objections to this Plan Supplement that remain unresolved will be heard at the omnibus hearing date that immediately follows the Objection Deadline (or such other date as fixed by the Bankruptcy Court).

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve the right, subject to the terms and conditions set forth in the Disclosure Statement Order, Plan, and Confirmation Order, to alter, amend, modify, or supplement any document in this Plan Supplement.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, Disclosure Statement Order, Plan, Confirmation Order, any Plan Supplement document, or related documents, you may contact Prime Clerk LLC, the Notice and Claims Agent retained by the Debtors in these Chapter 11 Cases (the "Notice and Claims Agent"), by: (a) calling the Debtors' restructuring hotline at (844) 219-2678; (b) visiting the Debtors' restructuring website at: https://cases.primeclerk.com/cenveo; and/or (c) writing to Cenveo, Inc. Ballot Processing, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.nysb.uscourts.gov.

---

[4] The attached exhibit amends, supplements, and modifies, as applicable, the exhibits filed in the *Notice of Filing of Plan Supplement* filed on June 29, 2018 [Docket No. 522], the *Notice of Filing of Plan Supplement* [Docket No. 528] filed on July 3, 2018, the *Notice of Filing of First Supplement to the Plan Supplement* [Docket No. 565] filed on July 11, 2018, the *Notice of Filing of Second Supplement to the Plan Supplement* [Docket No. 648] filed on August 8, 2018, the *Notice of Filing of Third Supplement to the Plan Supplement* [Docket No. 650] filed on August 9, 2018, the *Notice of Filing of Fourth Supplement to the Plan Supplement* [Docket No. 655] filed on August 13, 2018, the *Notice of Filing of Fifth Supplement to the Plan Supplement* [Docket No. 669] filed on August 14, 2018, and the *Notice of Filing of Sixth Supplement to the Plan Supplement* [Docket No. 676] filed on August 16, 2018.

| | |
|---|---|
| Dated: November 6, 2018<br>New York, New York | */s/ Jonathan S. Henes, P.C.*<br>Jonathan S. Henes, P.C.<br>Joshua A. Sussberg, P.C.<br>George Klidonas<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Melissa N. Koss<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to Cenveo, Inc., et al.* |

3

# Exhibit A

**Fourth Amended Assumed Executory Contracts/Unexpired Lease Schedule**

| Debtor Obligor | Counterparty | Address | City | State/Country | Zip | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|---|
| Cenveo Corporation | Office of General Services | Corning Tower, Empire State Plaza | Albany | NY | 12242 | Contract Award - Group 50030 (Envelopes) Wove & Kraft Envelopes (State Agencies) | $ - |

# Exhibit B

**Fourth Amended Rejected Executory Contracts and Unexpired Leases Schedule**

18-22178-rdd    Doc 832    Filed 11/06/18    Entered 11/06/18 21:56:08    Main Document    Pg 6 of 8

| Debtor Obligor | Counterparty | Address1 | City | State/Country | Zip | Contract Description |
|---|---|---|---|---|---|---|
| Cenveo Corporation | Inspirage, LLC | 600 108th Ave. NE, Suite 540 | Bellevue | WA | 98004 | (i) Service Level Agreement (Value Chain Plus Hosting Services), dated February 16, 2016;<br>(ii) Support Services Agreement, dated February 16, 2015 (executed in March 2016)<br>(iii) Master Services Agreement, dated November 7, 2015, and all statements of work related thereto;<br>(iv) Statement of Work - Value Chain Planning Implementation, dated May 21, 2015;<br>(v) Non-Disclosure Agreement, dated January 5, 2015; and<br>(v) all other contracts and agreements related to (i) - (v) above. |
| Cenveo Corporation | Inspirage, LLC | 40 Lake Bellevue, Suite 100 | Bellevue | WA | 98005 | (i) Service Level Agreement (Value Chain Plus Hosting Services), dated February 16, 2016;<br>(ii) Support Services Agreement, dated February 16, 2015 (executed in March 2016)<br>(iii) Master Services Agreement, dated November 7, 2015, and all statements of work related thereto;<br>(iv) Statement of Work - Value Chain Planning Implementation, dated May 21, 2015;<br>(v) Non-Disclosure Agreement, dated January 5, 2015; and<br>(v) all other contracts and agreements related to (i) - (v) above. |
| Cenveo Corporation | Essendant Management Services, LLC<br>United Stationers Supply Co. | One Parkway North Blvd., Suite 100 | Deerfield | IL | 60015 | (i) 2016 Program Addendum (Effective 01/01/16 - 12/31/16);<br>(ii) Essendant/Quality Park Products Schedule #1 (Mailing Tubes), dated August 31, 2016;<br>(iii) Essendant/Quality Park Products Schedule #8 (POS Add Rolls), dated August 31, 2016;<br>(iv) Essendant/Quality Park Products "S", dated August 31, 2016;<br>(v) Supplemental Terms and Conditions for Suppliers to United Stationers Supply Co., dated August 23, 2007;<br>(vi) United Stationers Supply Co. Master Terms and Conditions, dated August 23, 2007;<br>(vii) Essendant Allowance Program effective as of January 1, 2015, together with all schedules and amendments and addendums thereto;<br>(viii) Non-Disclosure Agreement, dated December 5, 2016; and<br>(ix) all other contracts and agreements related to (i) - (viii) above. |
| Cenveo Corporation | Quadient USA Inc.<br>Quadient Americas | 470 Atlantic Ave., 4th Floor | Boston | MA | 02210 | (i) Master License and Services Agreement, dated January 9, 2018, and all exhibits and addendums, and amendments related thereto;<br>(ii) Quadient Solution Installation for Cenveo (Remote) PSO SOW, dated January 9, 2018, together with all exhibits and all other related SOW's;<br>(iii) Quadient Order Schedule for Maintenance and Support Services through January 31, 2021; and<br>(iv) all other contracts and agreements related to (i) - (iii) above. |
|  |  | Michael Gardner<br>Troutman Sanders, LLP<br>222 Central Park Ave., Suite 2000 | Virginia Beach | VA | 23462 |  |
| Cenveo Corporation | Cintas Corporation | 481 Pleasant St. | Lee | MA | 01238 | Facility Services Rental Service Agreement for Chicopee, MA, dated July 26, 2016 |
| Cenveo Corporation | Cintas Corporation | 320 Westec Dr. | Mt Pleasant | PA | 15666 | (i) Deep Clean Service Agreement for Mt. Pleasant, PA, dated April 19, 2018, together with all inserts and exhibits thereto; and<br>(ii) Facility Services Rental Service Agreement for Mt. Pleasant, PA |

| Debtor Obligor | Counterparty | Address1 | City | State/Country | Zip | Contract Description |
|---|---|---|---|---|---|---|
| Cenveo Corporation<br>Cadmus Journal Services, Inc.<br>Cadmus Communications Corporation<br>Cadmus Delaware, Inc.<br>Cadmus Marketing Group, Inc.<br>Cadmus Marketing, Inc.<br>Cadmus Printing Group, Inc. | Storeroom Solutions, Inc. | 16888 State Route 706 | Montrose | PA | 18801 | (i) Master Agreement for Comprehensive Storeroom Management Services, dated June 1, 2001, together with all exhibits, addendums, and amendments thereto; and<br>(ii) Master Agreement for Comprehensive Storeroom Management Services, dated June 3, 2002, together with all exhibits, addendums, and amendments thereto. |
| | | Two Radnor Corporate Center, Suite 400<br>100 Matsonford Road | Radnor | PA | 19087 | |
| Cenveo Corporation | Allegro Sanitation Corp. | 278 Secaucus Road | Secaucus | NJ | 07094 | Solid Waste Removal Service Agreement for Jersey City, NJ |
| Cenveo Corporation | Republic Waste | 12976 St. Charles Rock Road | Bridgeton | MO | 63044 | Waster Service Agreement for St. Louis |
| Cenveo Corporation | LogicSource, Inc. | 20 Marshall Street | Norwalk | CT | 06854 | (i) Master Services Agreement, dated December 31, 2017, together with all exhibits, addendums, SOW's, and amendments thereto; and<br>(ii) Statement of Work 1: Sourcing And Procurement Services, dated December 31, 2017, together with all exhibits, addendums, and amendments thereto. |
| Cenveo Corporation | Money Mailer, LLC | n/a | n/a | n/a | 90630 | Amendment to Production Services Agreement, dated September 12, 2012, adding a schedule setting standards for paper and a 50/50 divide of paper savings between Money Mailer and Cenveo |
| Cenveo Corporation | Money Mailer, LLC | 6261 Katella Avenue, Suite 200 | Cypress | CA | 90630 | Envelope Purchase Agreement, effective as of November 9, 2017, together with all appendices |
| Cenveo Corporation | Money Mailer, LLC | 12131 Western Avenue | Garden Grove | CA | 92841 | Production Services Agreement dated September 10, 2012, setting a term of 5 years and autorenewal of 1 year terms, together with all schedules |
| Cenveo Publisher Services | Money Mailer, LLC | n/a | n/a | n/a | n/a | Addendum, dated June 10, 2013, setting specifications for customer-supplied paper to the Proposal/Agreement dated January 16, 2013 |
| Cenveo Corporation | Employee Solutions Arlington LLC | 3585 National Drive | Plano | TX | 75025 | Agreement to provide human resources services |
| Cenveo Corporation | KT Black Services | 900 SW 7th Avenue | Amarillo | TX | 79101 | Agreement to arrange for temporary workers |